UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Emilio Encarnacion

    v.                                               Civil No. 07-cv-142-PB

USA

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $350.00 is due no later than July 15, 2007. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: June 21, 2007

cc:    Emilio Encarnacion, *pro se*
       Bonnie S. Reed, Financial Administrator
       Federal Prison Camp, Waymart, PA, Inmate Accounts