UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Emilio Encarnacion</u>

  v.            Civil No. 07-cv-142-PB

<u>USA</u>

**O R D E R**

  Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $350.00 is due no later than July 15, 2007. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

  **SO ORDERED.**

              _/s/ James R. Muirhead_
              James R. Muirhead
              United States Magistrate Judge

Date: June 21, 2007

cc: Emilio Encarnacion, *pro se*
   Bonnie S. Reed, Financial Administrator
   Federal Prison Camp, Waymart, PA, Inmate Accounts