UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Emilio Encarnacion</u>

         v.           07-cv-142-PB

<u>State of New Hampshire</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 10, 2007.

SO ORDERED.

October 30, 2007        /s/ Paul Barbadoro
                                 Paul Barbadoro
                                 United States District Judge

cc:    Emilio Encarnacion, Pro se